

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2014

No. 04-13-00721-CR

Donald **KELLOGG**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 427645
Honorable Jason Wolff, Judge Presiding

# O R D E R

The State's second motion for an extension of time to file its brief is GRANTED. The State's brief is due on **May 15, 2014**. No further extensions will be granted.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court